### 1148.  SOUTHWESTERN SHEEP COMPANY v. THOMPSON.

HILL, C. J.  This case is controlled by the decision of this court in *Geer v. Thompson*, 4 *Ga. App.* 756 (62 S. E. 500), and the decision of the Supreme Court in *Stone* v. *Town of Tallulah Falls*, 131 *Ga.* 452 (62 S. E. 592).                *Judgment affirmed.*

Trover, from city court of Miller county—Judge Bush.  February 28, 1908.

Submitted July 2,—Decided November 24, 1908.

The action was for the recovery of sheep owned by the plaintiff and impounded by the defendant, who was marshal of the City of Colquitt, and who set up that he was holding them under an ordinance of the city, the sheep having been found running at large in the streets, and the plaintiff refusing to pay the impounding fee prescribed by the ordinance.  The verdict was for the defendant. The plaintiff excepted to the overruling of its motion for a new trial, which was on the grounds that the verdict was contrary to law, evidence, etc.

*William I. Geer,* for plaintiff.  *Perry D. Rich,* for defendant.

---

### 1151.  DUB v. BRYSON.

HILL, C. J.  The evidence fully supports the verdict, and there appears no sufficient reason for reversing the judgment.

*Judgment affirmed.*

Levy and claim, from city court of Savannah—Judge Freeman. February 5, 1908.

Argued July 2,—Decided November 24, 1908.

*Robert L. Colding,* for plaintiff in error.

*Osborne & Lawrence,* contra.

---

### 1166.  HOOKS v. BAILEY.

The question of law in this case is controlled by the decision of this court in *Cuesta* v. *Goldsmith*, 1 *Ga. App.* 48 (57 S. E. 983), and by the decision of the Supreme Court in *Hudson* v. *Stewart*, 110 *Ga.* 37 (35 S. E. 178); and the evidence demanded the verdict as directed by the court.